
FILED

SEP 06 2019

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMIAH LORGE,<br><br>Defendant. | CR 19-69-BLG-SPW<br><br><br><br>ORDER |

Upon the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 25), and for good cause being shown,

IT IS HEREBY ORDERED, that the forfeiture action in the above-captioned case is DISMISSED with prejudice.

DATED this 6th day of September, 2019.

SUSAN P. WATTERS
United States District Court Judge

1